B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
### Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Pinnacle Construction and Development Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-2433337** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **530 South Gables Boulevard** **Wheaton, IL**  ZIP Code **60187** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business: **Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Pinnacle Construction and Development Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pinnacle Construction and Development Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Charles S. Stahl, Jr.**
Signature of Attorney for Debtor(s)

**Charles S. Stahl, Jr. 2699915**
Printed Name of Attorney for Debtor(s)

**Swanson Martin & Bell LLP**
Firm Name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**
Address

**Email: cstahl@smbtrials.com**
**630-799-6900  Fax: 630-799-6901**
Telephone Number

**October  1, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lawrence J. Work**
Signature of Authorized Individual

**Lawrence J. Work**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  1, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

84 Lumber
1704 North Aurora Raod
Naperville, IL 60563


Alexander Lumber
515 Redwood Drive
Aurora, IL 60506


Alphagraphics of Sycamore
2030 Baron Drive, #10
Sycamore, IL 60178


Altoff
Industries
8001 Route 31
Crystal Lake, IL 60014


American Eagle Bank
556 Randall Road
South Elgin, IL 60177


American Express
P.O. Box 0001
Los Angeles, CA 90096


American National Bank of DeKalb Co
124 South Main Street
Sycamore, IL 60178


ANBDC Visa
P.O. Box 790299
Saint Louis, MO 63179


ANBDC Visa
P.O. Box 790300
Saint Louis, MO 63180


Awnings Plus
367 South Rohling Road
Addison, IL 60101


Axberg Heating
3230 Pyramid Drive
Rockford, IL 61109

```
Bridges of Rivermist HOA
c/o Kevin E. Buick
2040 Aberdeen Court
Sycamore, IL 60178


Chicago Furnace
P.O. Box 648
Lisle, IL 60532


Christiansen Roofing
820 Seventh Street
Rockford, IL 61104


CMS Group, Inc.
3973 75th Street
Aurora, IL 60504


Coleman Flooring
1930 Thoreau Drive
Schaumburg, IL 60173


Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197


Commonwealth Edison & Co.
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


Construction Debris Removal
P.O. Box 11
Burlington, IL 60109


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Executive Plastering
8719 Indigo Lane
Machesney Park, IL 61115


Fabricated Steel
904 22nd Street
Rockford, IL 61108
```

```
Fehr Graham
221 East main Street
Freeport, IL 61032


Finney Electric
437 Borden Avenue
Sycamore, IL 60178


Frama Building Products
1105 National Avenue
Addison, IL 60101


Frederickson Painting
196 South Oak Street
Cortland, IL 60112


Great American Insurance
49 East Fourth Street
Cincinnati, OH 45202


Great American Leasing
P.O. Box 660831
Dallas, TX 75266


Great Lakes Kwik Space
P.O. Box 1124
Bedford Park, IL 60499


Hofner & Hofner
855 West Prairie
Wheaton, IL 60187


Homes and Land
6N501 Ridgewood Lane
Saint Charles, IL 60175


Huerta Landscaping
9339 Eric Circle
Kingston, IL 60145


Internal Revenue Service
P.O. Box 745
District Director
Chicago, IL 60690
```

IR Systems
P.O. Box 4616
Wheaton, IL 60189-4616


James P. Mullally
19333 East Grant Highway
P.O. Box 5
Marengo, IL 60152


JD Door Sales, Inc.
200 East Second Street
Big Rock, IL 60511


Julie Work
530 South Gables Boulevard
Wheaton, IL 60187


Kelly Forest Electric
1960 Rivers Drive
Sycamore, IL 60178


Kielion Plumbing
823 Blaine Street
Batavia, IL 60510


Lawrence J. Work
530 South Gables Boulevard
Wheaton, IL 60187


Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101


Menards/HSBC
P.O. Box 5219
Carol Stream, IL 60197


Metro Group
61 Broadway, Suite 141
New York, NY 10006


Nelson Fire Protection
P.O. Box 0632
Aurora, IL 60506

Nicor Gas
Attn: Bankruptcy & Collections
P.O. Box 549
Aurora, IL 60507


Northern Illinois Fence
320 West Lincoln Highway
Cortland, IL 60112


Pearl Design
170 Covington Drive
Bloomingdale, IL 60108


Pro Build
204 West Wheaton Avenue
Yorkville, IL 60560


Professional Steel
635 Harlem Road
Machesney Park, IL 61115


Red 5 Masonry
10941 Wing Pointe Drive
Huntley, IL 60142


Rock Valley Glass
1398 Huntwood Drive
Cherry Valley, IL 61016


ROW Window
P.O. Box 2099
Joliet, IL 60436


Ruane Concrete
8779 Laraway Road
Frankfort, IL 60423


SCE Shelving
195 Exchange Boulevard
Glendale Heights, IL


Sean P. Smith
Smith Wykes & Associates
513 West State Street
Sycamore, IL 60178

```
Shaw Suburban Media
P.O. Box 250
Crystal Lake, IL 60039


Squeaky Clean
122 Page Street
Sycamore, IL 60178


Stock Lumber
8020 Arco Corporate Drive
Raleigh, NC 27617


Timothy A. Miller
Oliver Close, et al.
P.O. Box 4749
Rockford, IL 61107


Town of Cortland
P.O. Box 519
Cortland, IL 60112


Town of Cortland
P.O. Box 520
Cortland, IL 60112


Town of Cortland
P.O. Box 521
Cortland, IL 60112


Town of Cortland
P.O. Box 522
Cortland, IL 60112


Town of Cortland
P.O. Box 523
Cortland, IL 60112


Town of Cortland
P.O. Box 524
Cortland, IL 60112


Town of Cortland
P.O. Box 525
Cortland, IL 60112
```

Toyota Financial
P.O. Box 4102
Carol Stream, IL 60197


Umana Construction
567 Midfield Drive
Aurora, IL 60506


Verizon
P.O. Box 9688
Mission Hills, CA 91346


VWB Research
869 West Goodale Boulevard
Columbus, OH 43212


Wagner Excavating
2590 Wagner Court
Dekalb, IL 60115


Webster, McGrath & Ahlberg
207 South Naperville Road
Wheaton, IL 60187


Wm. Hanna Surveyors
508 Pine Street
Dekalb, IL 60115